UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY R. LeBLANC,

        Plaintiff,                       Case No. 1:15–cv-738

v.                                       Honorable Paul L. Maloney

PEOPLE OF THE UNITED STATES,

        Defendant.
_____/

## **JUDGMENT**

        In accordance with the Order issued this date,

        **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  September 18, 2015              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge